# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Tri-Force Consulting Services, Inc. | ) ASBCA Nos. 60844, 60982 |
| | ) |
| Under Contract No. N62473-12-C-4809 | ) |

APPEARANCES FOR THE APPELLANT:    Victor G. Klingelhofer, Esq.
                                  Daniel J. Strouse, Esq.
                                    Cohen Mohr, LLP
                                    Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Ronald J. Borro, Esq.
                                    Navy Chief Trial Attorney
                                  Rachel J. Goldstein, Esq.
                                    Trial Attorney

## ORDER OF DISMISSAL

The parties have advised that the disputes have been settled, and moved for dismissal. These appeals are dismissed with prejudice, subject to reinstatement by 20 November 2017 if the settlement is not consummated.

Dated: 2 August 2017

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60844, 60982, Appeals of Tri-Force Consulting Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals